## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Country Inns & Suites By Carlson, Inc., a Minnesota corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>Kishen Kanhaiya, LLC, a Georgia limited liability company; Mohan Gopal Patel, a Georgia resident; Jayanti Patel, a Georgia resident; and Rakesh Patel, a Georgia resident,<br><br>                    Defendants. | Civil No. 12-179 (RHK/AJB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

      This matter came on before the Court upon Plaintiff Country Inns & Suites By Carlson, Inc.'s ("Plaintiff") and Defendants Kishen Kanhaiya, LLC, Mohan Gopal Patel, Jayanti Patel, and Rakesh Patel (collectively "Defendants") Stipulation for Dismissal With Prejudice (Doc. No. 11).  Based upon that Stipulation and the other filings herein:

      **IT IS ORDERED** that the claims asserted by Plaintiff against Defendants, as well as any counterclaims that have been or could have been asserted by Defendants against Plaintiff, are **DISMISED WITH PREJUDICE**.  The claims being dismissed include all claims, defenses, and counterclaims that have been filed, or that could have been filed, by and between Plaintiff and Defendants.

2

**IT IS FURTHER ORDERED** that Plaintiff and Defendants shall each bear their own attorneys' fees, costs and expenses incurred in asserting their claims against one another.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 27, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge